UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KORIN RUTLEDGE,

                Plaintiff,

against

SM STANTON, LLC and
ROUND TWO NEW YORK CITY LLC,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 8308 (LTS) (SLC)

**ORDER TO FILE MOTION FOR DEFAULT JUDGMENT**

**SARAH L. CAVE,** United States Magistrate Judge:

The Clerk's Certificate of Default having been issued on December 16, 2019, Plaintiff is **ORDERED** to file a Motion for Default Judgment in accordance with Rule 55 of the Federal Rules of Civil Procedure and S.D.N.Y. Local Rule 55 by no later than **February 7, 2020**.

Dated:    New York, New York
            January 24, 2020

                                          SO ORDERED

                                          _/s/ Sarah L. Cave_
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**