UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KORIN RUTLEDGE,

                              Plaintiff,

        against                                                    CIVIL ACTION NO.: 19 Civ. 8308 (LJL) (SLC)

                                                                   **ORDER TO FILE MOTION FOR
SM STANTON, LLC and                                                DEFAULT JUDGMENT**
ROUND TWO NEW YORK CITY LLC,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge:

        By **February 18, 2020**, and in accordance with the instructions to the attorney on the

docket, Plaintiff is directed to file a **Proposed Default Judgment** (<u>not</u> a Motion for Default

Judgment), using the sample form available on the Court's website at:

https://nysd.uscourts.gov/sites/default/files/2018-06/Default.pdf. When filing the Proposed

Default Judgment, Plaintiff shall select the event type "Proposed Default Judgment." The

Affirmation filed at ECF No. 21 does not need to be re-filed. Should Plaintiff have any issues or

questions, Plaintiff may contact the ECF Help Desk at 212-805-0800.

Dated:        New York, New York
              February 11, 2020

                                             SO ORDERED

                                             _____
                                             SARAH L. CAVE
                                             **United States Magistrate Judge**